# UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **GEORGE CAPLAN, on behalf of himself and all others similarly situated**<br><br>*Plaintiff*<br><br>v.<br><br>**MEDICAL GUARDIAN, LLC**<br><br>*Defendant* | Civil Action No. 1:25-cv-13959 |

## AFFIDAVIT OF SERVICE

I, Kimberly Mcmullin, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to MEDICAL GUARDIAN, LLC in Philadelphia County, PA on December 30, 2025 at 12:23 pm at 1818 Market St, 1200, Philadelphia, PA 19103 by leaving the following documents with Maureen Hillen who as Executive Assistant is authorized by appointment or by law to receive service of process for MEDICAL GUARDIAN, LLC.

CLASS ACTION COMPLAINT
CATAGORY FORM
CIVIL COVER SHEET
SUMMONS IN A CIVIL ACTION
Race: White, Sex: Female, Est. Age: 45-54, Hair: Brown, Glasses: N, Est. Weight: 100 lbs to 120 lbs, Est. Height: 5' to 5' 3".
Geolocation of Serve: https://google.com/maps?q=39.953575,-75.170945
Photograph: See Exhibit 1

Total Cost: $90.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in

____Philadelphia County_____,

____PA_____ on ____12/30/2025_____.

/s/ *Kimberly Mcmullin*
_____
Signature
Kimberly Mcmullin
+1 (484) 319-1715



Exhibit 1a)