# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| George Caplan, individually and on behalf of all others similarly situated, | : : : | Case No. 1:25-cv-13959-WGY |
| Plaintiff, | : : | |
| v. | : : | |
| Medical Guardian, LLC, | : : | |
| Defendant. | : : : | |

## JOINT STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

Plaintiff, George Caplan ("Plaintiff"), and Defendant, Medical Guardian, LLC ("Defendant"), by and through their undersigned counsel, hereby stipulate and agree that Defendant shall have until February 19, 2026, to answer, plead, or otherwise respond to Plaintiff's *Complaint*, ECF No. 1, effective upon approval by this Court. This is the first stipulation extending the time to respond to Plaintiff's *Complaint*.

Respectfully submitted,

| | |
|---|---|
| */s/ Anthony I. Paronich* | */s/Michael A. DeIulis* |
| Anthony I. Paronich (BBO# 678437) | Michael A. DeIulis (BBO# 691495) |
| **PARONICH LAW, P.C.** | **BLANK ROME LLP** |
| 350 Lincoln Street, Suite 2400 | 125 High Street, 3rd Floor |
| Hingham, MA 02043 | Boston, MA 02110 |
| (508) 221-1510 | (617) 415-1200 |
| anthony@paronichlaw.com | michael.deiulis@blankrome.com |
| | |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

Dated: January 14, 2026

2

**L.R. 7.1(a)(2) CERTIFICATION**

I, Michael A. DeIulis, hereby certify on this 14th day of January 2026 that Defendant's counsel, Blank Rome LLP, conferred in good faith with Plaintiff's counsel, Anthony I. Paronich, Esq., on January 12 and 13, 2026 about the relief requested herein in advance of filing. Attorney Paronich confirmed Plaintiff's assent and stipulation to the relief requested on January 14, 2026.

*/s/ Michael A. DeIulis*
Michael A. DeIulis (BBO# 691495)

**CERTIFICATE OF SERVICE**

I, Michael A. DeIulis, hereby certify on this 14th day January 2026, that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants.

*/s/ Michael A. DeIulis*
Michael A. DeIulis (BBO# 691495)