AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| George Caplan, et al., | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:25-cv-13959-WGY |
| Medical Guardian, LLC, | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant, Medical Guardian, LLC  .

Date:  01/14/2026

/s/ Michael A. DeIulis
*Attorney's signature*

Michael A. DeIulis (BBO #691495)
*Printed name and bar number*

BLANK ROME, LLP
125 High Street, 3rd Floor
Boston, MA 02110
*Address*

michael.deiulis@blankrome.com
*E-mail address*

(617) 415-1200
*Telephone number*

(617) 415-1201
*FAX number*

**CERTIFICATE OF SERVICE**

      I, Michael A. DeIulis, hereby certify on this 14th day January 2026, that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants.

                                                                     */s/ Michael A. DeIulis*
                                                                     Michael A. DeIulis (BBO# 691495)