# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| George Caplan, individually and on behalf of all others similarly situated, | : : : | Case No. 1:25-cv-13959-WGY |
| Plaintiff, | : : | |
| v. | : : | |
| Medical Guardian, LLC, | : : : | |
| Defendant. | : : | |

## *ASSENTED*-TO MOTION FOR ADMISSION
## *PRO HAC VICE* OF THOMAS P. CIALINO, ESQ.

Defendant, Medical Guardian, LLC ("Defendant"), by and through its undersigned counsel, Michael A. DeIulis, Blank Rome LLP, 125 High Street, Boston, Massachusetts 02110, hereby moves, pursuant to L.R. 83.5.3 that Thomas P. Cialino, Esq., of Blank Rome LLP, One Logan Square, Philadelphia, Pennsylvania 19103, be admitted *pro hac vice* in the above-captioned matter.

Pursuant to Local Rule 83.5.3(e)(3), this motion is accompanied by the Certification of Thomas P. Cialino, Esq.

Plaintiff, George Caplan, through counsel, assented to this motion on May 8, 2026.

[SIGNATURE PAGE FOLLOWS]

Respectfully submitted,

*/s/ Michael A. DeIulis*
Michael A. DeIulis (BBO #691495)
Michael.Deiulis@blankrome.com
BLANK ROME LLP
125 High Street
Boston, MA 02110
T: 617.415.1200
F. 617.415.1201

Jeffrey N. Rosenthal
*Pro Hac Vice Application Pending*
BLANK ROME LLP
One Logan Square
Philadelphia, Pennsylvania 19103
jeffrey.rosenthal@blankrome.com
(215) 569-5553

Thomas P. Cialino
*Pro Hac Vice Application Pending*
BLANK ROME LLP
One Logan Square
Philadelphia, Pennsylvania 19103
thomas.cialino@blankrome.com
(215) 569-5668

*Attorneys for Defendant, Medical Guardian, LLC*

Dated: May 11, 2026

## L.R. 7.1(a)(2) CERTIFICATION

I, Michael DeIulis, hereby certify on this 11th day of May, 2026 that I conferred with Plaintiff's counsel, Attorney Anthony Paronich, concerning the relief requested in this motion prior to filing. Plaintiff's counsel assented to this motion on May 8, 2026.

*/s/ Michael A DeIulis*
Michael A. DeIulis (BBO #691495)

2

## **CERTIFICATE OF SERVICE**

I, Michael DeIulis, hereby certify that this document filed through ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on May 11, 2026.

*/s/ Michael A DeIulis*
Michael A. DeIulis (BBO #691495)