# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| George Caplan, individually and on behalf of all others similarly situated,<br><br>           Plaintiff,<br>v.<br><br>Medical Guardian, LLC,<br><br>           Defendant. | Case No. 1:25-cv-13959-WGY |

### CERTIFICATION OF THOMAS P. CIALINO, ESQ., IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Thomas P. Cialino, under oath, do depose and state as follows:

1.     I am an attorney at the law firm of Blank Rome LLP, and I make this declaration in support of the accompanying motion for admission *pro hac vice*.  I have personal knowledge of each of the facts stated below.

2.     My business address is One Logan Square, Philadelphia, Pennsylvania 19103.  My business telephone number is 215-569-5668.  My business facsimile number is 215-832-5668.  My business email address is thomas.cialino@blankrome.com.

3.     I am a member in good standing of the bar in each jurisdiction in which I have been admitted to practice: Pennsylvania and New Jersey.

4.     I am not the subject of disciplinary proceedings in any jurisdiction in which I have been admitted to practice as a member of the bar.

5.     I have not previously had a *pro hac vice* admission to this Court (or other admission for a limited purpose) revoked for misconduct.

6.      I have reviewed and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

Dated: May 11, 2026

*/s/ Thomas P. Cialino*
Thomas P. Cialino, Esq.

## CERTIFICATE OF SERVICE

I, Michael A. DeIulis, hereby certify that this document filed through ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on May 11, 2026.

*/s/ Michael A DeIulis*
Michael A. DeIulis (BBO #691495)

2