AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | | |
|---|---|---|
| George Caplan, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    1:25-cv-13959-WGY |
| Medical Guardian, LLC | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant, Medical Guardian, LLC                                                                         .

Date:     05/15/2026

/s/ Thomas P. Cialino
*Attorney's signature*

Thomas P. Cialino
*Printed name and bar number*

Blank Rome LLP
130 N. 18th Street, One Logan Square
Philadelphia, PA  19103

*Address*

thomas.cialino@blankrome.com
*E-mail address*

(215) 569-5668
*Telephone number*

(215) 832-5668
*FAX number*

## CERTIFICATE OF SERVICE

I, Thomas P. Cialino, admitted *pro hac vice*, certify on this 18th day of May, 2026, that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants.

*/s/ Thomas P. Cialino*
THOMAS P. CIALINO