AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | | |
|---|---|---|
| George Caplan, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    1:25-cv-13959-WGY |
| Medical Guardian, LLC | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant, Medical Guardian, LLC                                                                                              .

Date:     05/18/2026

/s/ Jeffrey N. Rosenthal
*Attorney's signature*

Jeffrey N. Rosenthal
*Printed name and bar number*

Blank Rome LLP
130 N. 18th Street, One Logan Square
Philadelphia, PA  19103

*Address*

jeffrey.rosenthal@blankrome.com
*E-mail address*

(215) 569-5553
*Telephone number*

(215) 832-5553
*FAX number*

## **CERTIFICATE OF SERVICE**

I, Jeffrey N. Rosenthal, admitted *pro hac vice*, certify on this 18th day of May, 2026, that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants.

/s/ Jeffrey N. Rosenthal
JEFFREY N. ROSENTHAL