**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| George Caplan, individually and on behalf of all others similarly situated, | : | Case No. 1:25-cv-13959-WGY |
|  | : |  |
|  | : |  |
| Plaintiff, | : |  |
| v. | : |  |
|  | : |  |
| Medical Guardian, LLC, | : |  |
|  | : |  |
|  | : |  |
| Defendant. | : |  |
|  | : |  |

**JOINT STIPULATION TO ADJOURN INITIAL
SCHEDULING CONFERENCE AND RELATED DEADLINES**

Plaintiff George Caplan ("Plaintiff"), and Defendant Medical Guardian, LLC ("Defendant"), by and through their undersigned counsel, jointly stipulate to seek an adjournment of the initial scheduling conference in this matter, subject to this Court's approval, as follows:

1. On May 1, 2026, this Court entered a *Notice of Scheduling Conference* (the "Notice"). Dkt. 9.

2. Among other things, the Notice directed counsel for Plaintiff and Defendant to meet and confer prior to an in-person scheduling conference to be held on June 8, 2026 (the "Initial Conference").

3. On May 15, 2026, counsel for Plaintiff and Defendant participated in a telephonic meet-and-confer during which time the claims and defenses in this case were discussed.

4. Following this telephonic meet-and-confer call, the parties are currently engaged in preliminary discussions to explore the factual background of this dispute as well as the feasibility of an amicable, expedited resolution of this matter.

5.     To facilitate this investigation and to allow time for such further discussions between the parties, Plaintiff and Defendant jointly and respectfully request that this Court adjourn the Initial Conference and all related deadlines by thirty (30) days.

6.     This is the parties' first request for an extension of the deadlines set forth in the Notice.

Respectfully submitted,

| | |
|---|---|
| /s/ Anthony I. Paronich | /s/ Michael A. DeIulis |
| Anthony I. Paronich (BBO# 678437) | Michael A. DeIulis (BBO# 691495) |
| **PARONICH LAW, P.C.** | **BLANK ROME LLP** |
| 350 Lincoln Street, Suite 2400 | 125 High Street, 3rd Floor |
| Hingham, MA 02043 | Boston, MA 02110 |
| (508) 221-1510 | (617) 415-1200 |
| anthony@paronichlaw.com | michael.deiulis@blankrome.com |
| | |
| *Attorneys for Plaintiff* | Jeffrey N. Rosenthal (admitted *pro hac vice*) |
| | Thomas P. Cialino (admitted *pro hac vice*) |
| | 130 N. 18th St. |
| | Philadelphia, PA 19103 |
| | (215) 569-5553 |
| | (215) 569-5668 |
| | jeffrey.rosenthal@blankrome.com |
| | thomas.cialino@blankrome.com |
| | |
| | **BLANK ROME LLP** |
| | |
| | *Attorneys for Defendant* |
| | |
| Dated: May19, 2026 | Dated: May 19, 2026 |

**APPROVED BY THE COURT:**

_____
The Honorable William G. Young

Dated: _____

2

**<u>L.R. 7.1(a)(2) CERTIFICATION</u>**

I, Michael A. DeIulis, hereby certify on the 19th day of May 2026 that Defendant's counsel, Blank Rome LLP, conferred in good faith with Plaintiff's counsel, Anthony I. Paronich, Esq., about the relief requested herein in advance of filing. Attorney Paronich confirmed Plaintiff's assent and stipulation to the relief requested on May 15th and 19th, 2026.

*/s/ Michael A. DeIulis*
Michael A. DeIulis (BBO# 691495)

**<u>CERTIFICATE OF SERVICE</u>**

I, Michael A. DeIulis, hereby certify on this 19th day of May, 2026, that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants.

*/s/ Michael A. DeIulis*
Michael A. DeIulis (BBO# 691495)