**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**
**AT BOSTON**

| | |
|---|---|
| **GEORGE CAPLAN**, on behalf of himself and all others similarly situated, | Case No. 1:25-cv-13959-WGY |
| Plaintiff, | Honorable District Judge William G. Young |
| v. | |
| **MEDICAL GUARDIAN, LLC,** | |
| Defendant. | |

## STIPULATION TO DISMISS

The parties, by and through their undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal of this action without prejudice with each party to bear its own costs and attorneys' fees.

*[Counsel signatures to follow on next page.]*

1

Dated: June 3, 2026

/s/ Anthony I. Paronich
Anthony I. Paronich
**PARONICH LAW, P.C.**
350 Lincoln Street, Suite 2400
Hingham, MA 02043
[T] 508-221-1510
anthony@paronichlaw.com

*Counsel for Plaintiff*

Dated: June 3, 2026

/s/ Jeffrey N. Rosenthal
Jeffrey N. Rosenthal
Michael A. Delulis
Thomas P. Cialino
**BLANK ROME LLP**
One Logan Square
130 N. 18th Street
Philadelphia, PA 19103
[T] 215-569-5553
[F] 215-832-5553
Email: jeffrey.rosenthal@blankrome.com
michael.deiulis@blankrome.com
thomas.cialino@blankrome.com

*Counsel for Defendant*
*Medical Guardian, LLC*

2

## <u>CERTIFICATE OF SERVICE</u>

I, Anthony I. Paronich, hereby certify that on June 3, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record, below, via the ECF system.

Dated: June 3, 2026

*/s/ Anthony I. Paronich*
Anthony I. Paronich
**PARONICH LAW, P.C.**
350 Lincoln Street, Suite 2400
Hingham, MA 02043
[T] 508-221-1510
anthony@paronichlaw.com